UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SANCHEZ, et al.,<br><br>  Defendants. | Case No. 22-cv-07858-JSW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>ECF No. 6 |

Plaintiff's motion for reconsideration is DENIED. He has not obtained, nor requested, leave to file such a motion, as required by Local Rule 7-9. Secondly, Plaintiff's challenges to the order of dismissal satisfy none of the grounds for reconsideration enumerated in Rule 60(b). His disagreement with the Court's analysis and conclusion can be raised on appeal but does not present a basis for reconsideration under Rule 60. *See Twentieth Century - Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981).

**IT IS SO ORDERED.**

Dated: January 17, 2023

JEFFREY S. WHITE
United States District Judge